R. Willis Orton (2484)
Shawn T. Richards (11949)
**KIRTON |MCCONKIE**
Kirton McConkie Building, Fourth Floor
50 East South Temple Street
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: 801.328.3600
Facsimile: 801.321.4893
worton@cmclaw.com
srichards@kmclaw.com

*Attorneys for Plaintiff Iowa Tanklines, Inc.*

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah.
# of pages 2
Date: 8/1/13
D. MARK JONES, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IOWA TANKLINES, INC.**, a Nevada corporation,<br><br>Plaintiff, and<br><br>**RN INDUSTRIES TRUCKING, INC.**, a Delaware corporation, and **RN INDUSTRIES, INC.**, a Delaware corporation,<br><br>Intervenor-Plaintiffs<br><br>vs.<br><br>**MARION ENERGY, INC.**, a Texas corporation,<br><br>Defendant. | **SATISFACTION OF JUDGMENT**<br><br>Case No. 2:09-cv-319-TC-PMW<br><br>Judge Tena Campbell |

WHEREAS, on or about January 5, 2011 a stipulated judgment in the amount of $900,000.00 was entered in favor of Plaintiff, Iowa Tanklines, Inc. [Dkt. # 108] and;

WHEREAS, said judgment was compromised and settled and an agreed amount paid to Plaintiff, THEREFORE, satisfaction of the said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

DATED this 17th day of July, 2013.

/s/ R. Willis Orton
R. WILLIS ORTON
SHAWN T. RICHARDS
**KIRTON |MCCONKIE**
Attorneys for Plaintiff Iowa Tanklines, Inc.

17194.4/
4831-7384-9364 1